IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:14-cr-328-WHA |
| | ) | |
| MODESTA BARAJAS DE CHAVEZ, and | ) | |
| JOHN CANDIDO CHAVEZ, | ) | |
| a/k/a "Gordo" | ) | |

## MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE

COMES NOW the United States of America, by and through George L. Beck, Jr., United States Attorney for the Middle District of Alabama, and moves the Court to Dismiss the Indictment Without Prejudice heretofore filed in the above-styled cause as to Modesta Barajas De Chavez and John Candido Chavez filed on May 21, 2014 (Doc. 19), on the following grounds, to wit: A superseding indictment was filed on September 10, 2014.

Respectfully submitted this the 29th day of October, 2014.

Respectfully submitted,

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

/s/Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone:  (334) 223-7280
FAX:  (334) 223-7135
E-mail: Verne.Speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.  2:14-cr-328-WHA |
| ) | |
| MODESTA BARAJAS DE CHAVEZ, and ) | |
| JOHN CANDIDO CHAVEZ, ) | |
|    a/k/a "Gordo" ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorney's of record.

Respectfully submitted,

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY


/s/Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone:  (334) 223-7280
FAX:   (334) 223-7135
E-mail: Verne.Speirs@usdoj.gov

2