IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.   2:14-cr-328-WHA |
| ) | |
| MODESTA BARAJAS DE CHAVEZ, and ) | |
| JOHN CANDIDO CHAVEZ, ) | |
| a/k/a "Gordo" ) | |

## **O R D E R**

Upon consideration of the Motion to Dismiss the Indictment Without Prejudice, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby granted.

DONE this 3rd day of November, 2014.

 /s W. Harold Albritton
W. HAROLD ALBRITTON, III
SENIOR U S. DISTRICT JUDGE