IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:14cr328-WHA |
| | ) | |
| MODESTA BARAJAS DE CHAVEZ | ) | |
| JOHN CANDIDO CHAVEZ | ) | |

**SECOND PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on **November 6, 2014**, before the undersigned Magistrate Judge.  Present at this conference were **Benjamin Schoettker and Richard Keith**, counsels for the defendants, and Assistant United States Attorney **Verne Speirs**, counsel for the government.  As a result of the conference, it is hereby

ORDERED as follows:

1. **Jury selection is set for January 12, 2015.   The trial of this case is set during the trial term commencing on January 12, 2015, at 10:00 a.m., in Montgomery, Alabama, before United States District Judge  W. Harold Albritton and is expected to last two and one-half weeks**.

2.   All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, provided, however, that the deadline for the filing of pretrial, dispositive motions is not extended.

3.   The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before noon on **December 31, 2014**.  The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to

go to trial on **January 12, 2015**.  The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted.  In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **January 12, 2015**, as to all defendants, even though a particular guilty plea was not accepted by the court.

      DONE this 14th day of November, 2014.

                                                                                       /s/Terry F. Moorer  
                                                                                    TERRY F. MOORER  
                                                                                    UNITED STATES MAGISTRATE JUDGE